# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DEDRICK McKALPAIN,

        Petitioner,

v.                                Case No. 2:08-CV-15304
                                     Honorable Arthur J. Tarnow
NICK LUDWICK,              Magistrate Judge Paul J. Komives

        Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING CERTIFICATE OF APPEALABILITY

Before the Court is Magistrate Judge Komives' Report and Recommendation [Docket #12] filed August 10, 2010. The Magistrate Judge recommends that this Court deny petitioner's application for the writ of habeas corpus and certificate of appealability. No objections were filed.

Having reviewed the file and the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court. Accordingly, petitioner's application for the writ of habeas corpus and certificate of appealability are **DENIED.**

                          s/Arthur J. Tarnow
                          Arthur J. Tarnow
                          Senior United States District Judge

Dated: October 13, 2010

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on October 13, 2010, by electronic and/or ordinary mail.

                          s/Catherine A. Pickles
                          Judicial Secretary